**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2148**

RENEE L. MCCRAY,

Petitioner – Appellant,

v.

WELLS FARGO BANK, N.A.,

Respondent – Appellee,

and

CHARLES R. GOLDSTEIN,

Trustee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:20-cv-00973-SAG)

Submitted: April 1, 2021                    Decided: April 14, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Renee L. McCray, Appellant Pro Se. Sarah E. Meyer, WOMBLE BOND DICKINSON (US) LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee L. McCray appeals the district court's orders (1) affirming the bankruptcy court's denial of McCray's motion to reopen her bankruptcy proceeding, and (2) denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCray v. Wells Fargo Bank, N.A.*, No. 1:20-cv-00973-SAG (D. Md. Sept. 17, 2020; Oct. 16, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
